## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **CRIMINAL NO. 24-376** |
| | **:** | |
| **ALAN REDMOND** | **:** | |

### NOTICE OF LIS PENDENS

NOTICE IS HEREBY GIVEN that the above-captioned criminal case has been

commenced by filing of a Superseding Indictment and is now pending in the United States

District Court for the Eastern District of Pennsylvania.

On May 8, 2025, the real property described below and commonly known as

**2005 Regency Drive, Wyomissing, Pennsylvania** was found to be subject to forfeiture pursuant to

18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461.

The name of the person whose interest is intended to be affected is **Alan**

**Redmond.**

The property forfeited by reason of the foregoing, and to which this Lis Pendens

refers, is recorded by the Berks County Recorder of Deeds Office at Instrument No.

2019019377, as owned by Alan C. Redmond, and is further described as follows:

> **ALL THAT CERTAIN** lot or piece of ground lying on the Northern side of **Regency Drive**, a 50 feet wide street, between Logan Avenue and Greenbriar Court, said lot being known as Lot No. 38 as shown on Spruce Lane Plan of Lots, dated 6/3/1985, laid out for Spruce Lane Development Co., Inc., and recorded in Berks County Records in Plan Book No. 144 Page 32, situate in the **Borough of Wyomissing**, County of Berks, Commonwealth of Pennsylvania, being more fully bounded and described as follows, to wit:
>
> **BEGINNING** at a point in the Northern building line of Regency Drive, being a comer between Lot No. 37 and 38 of said Plan of Lots; thence leave said building line of Regency Drive and extending in a Northerly direction along Lot No. 37 belonging to Frederick J. Rowan and Bernice T. Rowan, his wife, by a line making a right angle with the said building line of Regency Drive, a distance of 140.00 feet to a point in line of property belonging to the now or late Berks Development Corp., reserved as a Green Belt Area; thence extending in an Easterly

direction along said property reserved as a Green Belt Area, by a line making a right angle with the last described line, a distance of 91.04 feet to a point, a comer of Lot No. 39 of said Plan Lots; thence extending in a Southerly direction along said Lot No. 39, belonging to Albert M. Griffith, 3rd, by a line making an interior angle of 97 degrees 55 minutes 44 seconds with the last described line, a distance of 135.56 feet to a point in the curve of the Northern building line of Regency Drive, thence extending in a Westerly direction along said building line of Regency Drive, being along the arc of a curve deflecting to the right, having a radius of 600.00 feet, a central angle of 7 degrees, 55 minutes, 44 seconds, a distance along the arc of 83.03 feet to a point of tangent in said building of Regency Drive; thence continuing along said building line of Regency Drive in a Westerly direction, by a line tangent to the last described curve, a distance of 26.97 feet to the place of beginning.

**CONTAINING** in area: 13,949.66 square feet.

**BEGINNING THE SAME PREMISES WHICH** SALVATORE ANZALONE and JUDY ANN ANZALONE, HUSBAND AND WIFE., by Deed dated 4/26/2019 and recorded 5/07/2019 in the Office for the Recorder of Deeds in and for the COUNTY of BERKS, and COMMONWEALTH of PENNSYLVANIA with instrument number 2019014035, granted and conveyed unto ARC REALTY.

For further information concerning this action, reference may be made to the records of

the Clerk of the Court for the United States District Court for the Eastern District of

Pennsylvania, 601 Market Street, Philadelphia, Pennsylvania.

Respectfully submitted,

DAVID METCALF
United States Attorney


 /s/ J. Andrew Jenemann
J. Andrew Jenemann
Assistant United States Attorney




Date:  May 14, 2025

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that a true and correct copy of the LIS PENDENS was

electronically filed in the Clerk's Office Electronic Case Filing (ECF) system and is available for

viewing and downloading from the ECF system, and that a true and correct copy was served by

electronic filing, electronic mail, and/or first-class mail, postage prepaid as follows:

WILLIAM RICHARD ALLEN RUSH
RUSH LAW GROUP
38 N. 6TH ST POBOX 0758
READING, PA 19603-0758
wrush@rushlawberks.com
610-413-5337

_/s/ J. Andrew Jenemann_
J. Andrew Jenemann
Assistant United States Attorney