IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 24-376 |
| ALAN REDMOND, et al | : | |

WITHDRAWAL OF APPEARANCE

Kindly withdraw my appearance on behalf of the United States of America.

DAVID METCALF
United States Attorney

*s/ Mary E. Crawley*
MARY E. CRAWLEY
Assistant United States Attorney